UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-2505

In Re:  DK&R COMPANY,

Debtor.

DAVID ADOFO KISSI,

Appellant,

versus

W. CLARKSON MCDOW, JR., United States Trustee;
RICHARD M. KREMEN,

Trustees - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, Chief District Judge.
(CA-01-2401-S, BK-00-61147)

Submitted:  April 25, 2002          Decided:  May 1, 2002

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Adofo Kissi, Appellant Pro Se.  Mark A. Neal, UNITED STATES
TRUSTEE, Baltimore, Maryland; Richard M. Kremen, PIPER, MARBURY,
RUDNICK & WOLFE, L.L.P., Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Adofo Kissi appeals the district court's orders affirming the bankruptcy court's order converting his corporation's Chapter 11 bankruptcy proceeding to one under Chapter 7, and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Kissi v. Kremen</u>, Nos. CA-01-2401-S; BK-00-61147 (D. Md. Oct. 25, 2001; Dec. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>